UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JAKIR TAYLOR,<br>   a/k/a "Jak,"<br>JEROME ROBERTS,<br>   a/k/a "Righteous,"<br>DAVID ANTONIO,<br>   a/k/a "Papi,"<br>   a/k/a "Victor Arias,"<br>WAYNE K. BUSH,<br>BRIAN PHELPS,<br>TIMOTHY WIMBUSH,<br>   a/k/a "Young Money,"<br>TAQUAN WILLIAMS,<br>JUBRI WEST, and<br>MAJOR ANDERSON,<br>   a/k/a "Maj" | Criminal No. 19-134 (FLW)<br><br>SCHEDULING ORDER |

This matter having come before the Court for a status conference on June 25, 2019; and the United States of America, being represented by Craig Carpenito, Unites States Attorney for the District of New Jersey (by J. Brendan Day and Alexander Ramey, Assistant U.S. Attorneys, appearing), having proposed a schedule for pre-trial motions, and defendants Jerome Roberts (by David M. Simon, Esq.); David Antonio (by David E. Schafer, Esq.); Wayne K. Bush (by Robert C. Wolf, Esq.); Brian Phelps (by Wanda Akin, Esq.); Timothy Wimbush (by Megan J. Davies, Esq.); Taquan Williams (by Edward F. Borden, Jr.); and Jubri West (by Anthony G. Simonetti, Esq.) having consented to such a schedule; and a status conference having been held to discuss the

status of discovery and the scheduling of pre-trial motion practice; and the Court having accepted the proposed schedule, and for good cause shown,

It is on this 24th day of June, 2019, ORDERED that:

1. Defendants shall file any dispositive motions on or before **September 16, 2019**;

2. The government shall file a response to such motions on or **November 1, 2019**;

3. Defendants shall file any replies on or before **November 12, 2019**;

4. The Court shall schedule any evidentiary hearings and/or oral argument on any motions after reviewing the motion papers; and

5. A status conference shall be held on November 21, 2019, at 10:00AM a.m./p.m., in order to assess the status of motion practice; to consider setting a schedule for the next status conference in this matter, or a final pretrial conference, if appropriate.

_____
Honorable Freda L. Wolfson
United States District Judge