UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JEROME ROBERTS,<br>  a/k/a "Righteous,"<br>  a/k/a "Lee,"<br>DAVID ANTONIO,<br>  a/k/a "Papi,"<br>  a/k/a "Pop,"<br>  a/k/a "Victor Arias,"<br>  a/k/a "Santiago Ramirez,"<br>OMAR COUNCIL,<br>  a/k/a "Stacks,"<br>  a/k/a "O,"<br>  a/k/a "Y-O,"<br>  a/k/a "Snow,"<br>BRIAN PHELPS,<br>  a/k/a "B,"<br>  a/k/a "B-Money,"<br>TIMOTHY WIMBUSH,<br>  a/k/a "Young Money,"<br>TAQUAN WILLIAMS,<br>  a/k/a "Trip,"<br>JUBRI WEST,<br>DENNIS CHESTON, JR.,<br>  a/k/a "Beans," and<br>WAYNE K. BUSH | Criminal No. 19-134-02 (FLW)<br><br>CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by J. Brendan Day and Alexander Ramey, Assistant United States Attorneys), and defendant Jerome Roberts (by David Simon, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through February 28, 2020; and three prior continuances having been

granted by the Court; and the defendant being aware that he has the right to a trial within seventy (70) days of the second superseding indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having waived such right and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties would like additional time to continue discussing a plea agreement, which would render a trial as to this defendant unnecessary;

(2) The defendant and his counsel require additional time to review discovery, which is extensive in this case, and prepare and file appropriate motions, and otherwise prepare for trial; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 21st day of November, 2019,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from the date of this Order through and including February 28, 2020;

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including February 28, 2020, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE

Form and entry consented to:

_____
David Simon, Esq.
Counsel for Defendant

_____
Jerome Roberts
Defendant

_____
J. Brendan Day
Alexander Ramey
Assistant United States Attorneys